**EXHIBIT A**
**The Vanguard Trailers**

| NO. | VIN NO. | Description |
|---|---|---|
| 1 | 5V8VC5320RT401175 | Vanguard Dry Van |
| 2 | 5V8VC5320RT401192 | Vanguard Dry Van |
| 3 | 5V8VC5321RT401198 | Vanguard Dry Van |
| 4 | 5V8VC5321RT401234 | Vanguard Dry Van |
| 5 | 5V8VC5323RT401199 | Vanguard Dry Van |
| 6 | 5V8VC5323RT401235 | Vanguard Dry Van |
| 7 | 5V8VC5324RT401180 | Vanguard Dry Van |
| 8 | 5V8VC5324RT401194 | Vanguard Dry Van |
| 9 | 5V8VC5325RT401169 | Vanguard Dry Van |
| 10 | 5V8VC5325RT401172 | Vanguard Dry Van |
| 11 | 5V8VC5325RT401186 | Vanguard Dry Van |
| 12 | 5V8VC5326RT401164 | Vanguard Dry Van |
| 13 | 5V8VC5326RT401181 | Vanguard Dry Van |
| 14 | 5V8VC5327RT401187 | Vanguard Dry Van |
| 15 | 5V8VC5327RT401190 | Vanguard Dry Van |
| 16 | 5V8VC5328RT401165 | Vanguard Dry Van |
| 17 | 5V8VC5328RT401179 | Vanguard Dry Van |
| 18 | 5V8VC5328RT401182 | Vanguard Dry Van |
| 19 | 5V8VC5328RT401196 | Vanguard Dry Van |
| 20 | 5V8VC5329RT401174 | Vanguard Dry Van |
| 21 | 5V8VC5329RT401188 | Vanguard Dry Van |
| 22 | 5V8VC5329RT401191 | Vanguard Dry Van |
| 23 | 5V8VC532XRT401152 | Vanguard Dry Van |

| | | |
|---|---|---|
| 24 | 5V8VC532XRT401183 | Vanguard Dry Van |
| 25 | 5V8VC532XRT401197 | Vanguard Dry Van |
| 26 | 5V8VC532XRT401216 | Vanguard Dry Van |
| 27 | 5V8VC532XRT401233 | Vanguard Dry Van |
| 28 | 5V8VC5321RT401296 | Vanguard Dry Van |
| 29 | 5V8VC5323RT401302 | Vanguard Dry Van |
| 30 | 5V8VC5325RT401298 | Vanguard Dry Van |
| 31 | 5V8VC5326RT401293 | Vanguard Dry Van |
| 32 | 5V8VC5327RT401299 | Vanguard Dry Van |
| 33 | 5V8VC5328RT401294 | Vanguard Dry Van |
| 34 | 5V8VC5329RT401286 | Vanguard Dry Van |
| 35 | 5V8VC532XRT401295 | Vanguard Dry Van |
| 36 | 5V8VC532XRT401300 | Vanguard Dry Van |
| 37 | 5V8VC5320RT401354 | Vanguard Dry Van |
| 38 | 5V8VC5320RT401399 | Vanguard Dry Van |
| 39 | 5V8VC5321RT401377 | Vanguard Dry Van |
| 40 | 5V8VC5322RT401355 | Vanguard Dry Van |
| 41 | 5V8VC5323RT401350 | Vanguard Dry Van |
| 42 | 5V8VC5324RT401339 | Vanguard Dry Van |
| 43 | 5V8VC5324RT401356 | Vanguard Dry Van |
| 44 | 5V8VC5324RT401373 | Vanguard Dry Van |
| 45 | 5V8VC5325RT401379 | Vanguard Dry Van |
| 46 | 5V8VC5325RT401415 | Vanguard Dry Van |
| 47 | 5V8VC5326RT401374 | Vanguard Dry Van |
| 48 | 5V8VC5327RT401352 | Vanguard Dry Van |
| 49 | 5V8VC5329RT401353 | Vanguard Dry Van |

| | | |
|---|---|---|
| 50 | 5V8VC532XRT401376 | Vanguard Dry Van |
| 51 | 5V8VC5320RT401483 | Vanguard Dry Van |
| 52 | 5V8VC5321RT401489 | Vanguard Dry Van |
| 53 | 5V8VC5322RT401484 | Vanguard Dry Van |
| 54 | 5V8VC532XRT401488 | Vanguard Dry Van |
| 55 | 5V8VC5320RT401614 | Vanguard Dry Van |
| 56 | 5V8VC5322RT401601 | Vanguard Dry Van |
| 57 | 5V8VC5323RT401610 | Vanguard Dry Van |
| 58 | 5V8VC5324RT401602 | Vanguard Dry Van |
| 59 | 5V8VC5325RT401611 | Vanguard Dry Van |
| 60 | 5V8VC5327RT401612 | Vanguard Dry Van |
| 61 | 5V8VC5328RT401568 | Vanguard Dry Van |
| 62 | 5V8VC5329RT401613 | Vanguard Dry Van |
| 63 | 5V8VC5320RT401659 | Vanguard Dry Van |
| 64 | 5V8VC5320RT401676 | Vanguard Dry Van |
| 65 | 5V8VC5320RT401693 | Vanguard Dry Van |
| 66 | 5V8VC5320RT401709 | Vanguard Dry Van |
| 67 | 5V8VC5320RT401712 | Vanguard Dry Van |
| 68 | 5V8VC5321RT401654 | Vanguard Dry Van |
| 69 | 5V8VC5321RT401668 | Vanguard Dry Van |
| 70 | 5V8VC5321RT401671 | Vanguard Dry Van |
| 71 | 5V8VC5321RT401685 | Vanguard Dry Van |
| 72 | 5V8VC5321RT401699 | Vanguard Dry Van |
| 73 | 5V8VC5321RT401704 | Vanguard Dry Van |
| 74 | 5V8VC5321RT401718 | Vanguard Dry Van |
| 75 | 5V8VC5321RT401721 | Vanguard Dry Van |

| | | |
|---|---|---|
| 76 | 5V8VC5322RT401677 | Vanguard Dry Van |
| 77 | 5V8VC5322RT401680 | Vanguard Dry Van |
| 78 | 5V8VC5322RT401694 | Vanguard Dry Van |
| 79 | 5V8VC5323RT401655 | Vanguard Dry Van |
| 80 | 5V8VC5323RT401669 | Vanguard Dry Van |
| 81 | 5V8VC5323RT401672 | Vanguard Dry Van |
| 82 | 5V8VC5323RT401686 | Vanguard Dry Van |
| 83 | 5V8VC5323RT401705 | Vanguard Dry Van |
| 84 | 5V8VC5323RT401722 | Vanguard Dry Van |
| 85 | 5V8VC5324RT401678 | Vanguard Dry Van |
| 86 | 5V8VC5324RT401681 | Vanguard Dry Van |
| 87 | 5V8VC5324RT401695 | Vanguard Dry Van |
| 88 | 5V8VC5324RT401700 | Vanguard Dry Van |
| 89 | 5V8VC5324RT401714 | Vanguard Dry Van |
| 90 | 5V8VC5325RT401706 | Vanguard Dry Van |
| 91 | 5V8VC5326RT401679 | Vanguard Dry Van |
| 92 | 5V8VC5326RT401682 | Vanguard Dry Van |
| 93 | 5V8VC5326RT401696 | Vanguard Dry Van |
| 94 | 5V8VC5326RT401701 | Vanguard Dry Van |
| 95 | 5V8VC5326RT401715 | Vanguard Dry Van |
| 96 | 5V8VC5327RT401660 | Vanguard Dry Van |
| 97 | 5V8VC5327RT401674 | Vanguard Dry Van |
| 98 | 5V8VC5327RT401691 | Vanguard Dry Van |
| 99 | 5V8VC5327RT401707 | Vanguard Dry Van |
| 100 | 5V8VC5327RT401710 | Vanguard Dry Van |
| 101 | 5V8VC5328RT401666 | Vanguard Dry Van |

| | | |
|---|---|---|
| 102 | 5V8VC5328RT401683 | Vanguard Dry Van |
| 103 | 5V8VC5328RT401697 | Vanguard Dry Van |
| 104 | 5V8VC5328RT401702 | Vanguard Dry Van |
| 105 | 5V8VC5328RT401716 | Vanguard Dry Van |
| 106 | 5V8VC5329RT401658 | Vanguard Dry Van |
| 107 | 5V8VC5329RT401675 | Vanguard Dry Van |
| 108 | 5V8VC5329RT401692 | Vanguard Dry Van |
| 109 | 5V8VC5329RT401708 | Vanguard Dry Van |
| 110 | 5V8VC5329RT401711 | Vanguard Dry Van |
| 111 | 5V8VC5329RT401725 | Vanguard Dry Van |
| 112 | 5V8VC532XRT401653 | Vanguard Dry Van |
| 113 | 5V8VC532XRT401667 | Vanguard Dry Van |
| 114 | 5V8VC532XRT401670 | Vanguard Dry Van |
| 115 | 5V8VC532XRT401684 | Vanguard Dry Van |
| 116 | 5V8VC532XRT401698 | Vanguard Dry Van |
| 117 | 5V8VC532XRT401703 | Vanguard Dry Van |
| 118 | 5V8VC532XRT401717 | Vanguard Dry Van |
| 119 | 5V8VC532XRT401720 | Vanguard Dry Van |
| 120 | 5V8VC5320RT401743 | Vanguard Dry Van |
| 121 | 5V8VC5320RT401757 | Vanguard Dry Van |
| 122 | 5V8VC5320RT401760 | Vanguard Dry Van |
| 123 | 5V8VC5320RT401774 | Vanguard Dry Van |
| 124 | 5V8VC5320RT401788 | Vanguard Dry Van |
| 125 | 5V8VC5320RT401791 | Vanguard Dry Van |
| 126 | 5V8VC5320RT401807 | Vanguard Dry Van |
| 127 | 5V8VC5320RT401810 | Vanguard Dry Van |

| | | |
|---|---|---|
| 128 | 5V8VC5320RT401869 | Vanguard Dry Van |
| 129 | 5V8VC5320RT401872 | Vanguard Dry Van |
| 130 | 5V8VC5321RT401766 | Vanguard Dry Van |
| 131 | 5V8VC5321RT401816 | Vanguard Dry Van |
| 132 | 5V8VC5321RT401850 | Vanguard Dry Van |
| 133 | 5V8VC5321RT401864 | Vanguard Dry Van |
| 134 | 5V8VC5322RT401744 | Vanguard Dry Van |
| 135 | 5V8VC5322RT401758 | Vanguard Dry Van |
| 136 | 5V8VC5322RT401761 | Vanguard Dry Van |
| 137 | 5V8VC5322RT401775 | Vanguard Dry Van |
| 138 | 5V8VC5322RT401789 | Vanguard Dry Van |
| 139 | 5V8VC5322RT401808 | Vanguard Dry Van |
| 140 | 5V8VC5322RT401811 | Vanguard Dry Van |
| 141 | 5V8VC5322RT401873 | Vanguard Dry Van |
| 142 | 5V8VC5323RT401767 | Vanguard Dry Van |
| 143 | 5V8VC5323RT401770 | Vanguard Dry Van |
| 144 | 5V8VC5323RT401784 | Vanguard Dry Van |
| 145 | 5V8VC5323RT401817 | Vanguard Dry Van |
| 146 | 5V8VC5323RT401820 | Vanguard Dry Van |
| 147 | 5V8VC5323RT401865 | Vanguard Dry Van |
| 148 | 5V8VC5324RT401759 | Vanguard Dry Van |
| 149 | 5V8VC5324RT401762 | Vanguard Dry Van |
| 150 | 5V8VC5324RT401776 | Vanguard Dry Van |
| 151 | 5V8VC5324RT401809 | Vanguard Dry Van |
| 152 | 5V8VC5324RT401812 | Vanguard Dry Van |
| 153 | 5V8VC5324RT401860 | Vanguard Dry Van |

| | | |
|---|---|---|
| 154 | 5V8VC5324RT401874 | Vanguard Dry Van |
| 155 | 5V8VC5325RT401740 | Vanguard Dry Van |
| 156 | 5V8VC5325RT401768 | Vanguard Dry Van |
| 157 | 5V8VC5325RT401771 | Vanguard Dry Van |
| 158 | 5V8VC5325RT401785 | Vanguard Dry Van |
| 159 | 5V8VC5325RT401818 | Vanguard Dry Van |
| 160 | 5V8VC5325RT401821 | Vanguard Dry Van |
| 161 | 5V8VC5325RT401866 | Vanguard Dry Van |
| 162 | 5V8VC5326RT401763 | Vanguard Dry Van |
| 163 | 5V8VC5326RT401777 | Vanguard Dry Van |
| 164 | 5V8VC5326RT401780 | Vanguard Dry Van |
| 165 | 5V8VC5326RT401858 | Vanguard Dry Van |
| 166 | 5V8VC5326RT401861 | Vanguard Dry Van |
| 167 | 5V8VC5326RT401875 | Vanguard Dry Van |
| 168 | 5V8VC5327RT401738 | Vanguard Dry Van |
| 169 | 5V8VC5327RT401741 | Vanguard Dry Van |
| 170 | 5V8VC5327RT401769 | Vanguard Dry Van |
| 171 | 5V8VC5327RT401772 | Vanguard Dry Van |
| 172 | 5V8VC5327RT401786 | Vanguard Dry Van |
| 173 | 5V8VC5327RT401805 | Vanguard Dry Van |
| 174 | 5V8VC5327RT401819 | Vanguard Dry Van |
| 175 | 5V8VC5327RT401867 | Vanguard Dry Van |
| 176 | 5V8VC5327RT401870 | Vanguard Dry Van |
| 177 | 5V8VC5328RT401764 | Vanguard Dry Van |
| 178 | 5V8VC5328RT401781 | Vanguard Dry Van |
| 179 | 5V8VC5328RT401814 | Vanguard Dry Van |

| | | |
|---|---|---|
| 180 | 5V8VC5328RT401859 | Vanguard Dry Van |
| 181 | 5V8VC5328RT401862 | Vanguard Dry Van |
| 182 | 5V8VC5329RT401739 | Vanguard Dry Van |
| 183 | 5V8VC5329RT401742 | Vanguard Dry Van |
| 184 | 5V8VC5329RT401773 | Vanguard Dry Van |
| 185 | 5V8VC5329RT401787 | Vanguard Dry Van |
| 186 | 5V8VC5329RT401790 | Vanguard Dry Van |
| 187 | 5V8VC5329RT401806 | Vanguard Dry Van |
| 188 | 5V8VC5329RT401837 | Vanguard Dry Van |
| 189 | 5V8VC5329RT401840 | Vanguard Dry Van |
| 190 | 5V8VC5329RT401854 | Vanguard Dry Van |
| 191 | 5V8VC5329RT401871 | Vanguard Dry Van |
| 192 | 5V8VC532XRT401751 | Vanguard Dry Van |
| 193 | 5V8VC532XRT401765 | Vanguard Dry Van |
| 194 | 5V8VC532XRT401815 | Vanguard Dry Van |
| 195 | 5V8VC532XRT401863 | Vanguard Dry Van |
| 196 | 5V8VC5320RT408837 | Vanguard Dry Van |
| 197 | 5V8VC5320RT408840 | Vanguard Dry Van |
| 198 | 5V8VC5322RT408838 | Vanguard Dry Van |
| 199 | 5V8VC5322RT408841 | Vanguard Dry Van |
| 200 | 5V8VC5324RT408839 | Vanguard Dry Van |
| 201 | 5V8VC5324RT408923 | Vanguard Dry Van |