**EXHIBIT B**
**The Unpaid VRTI Trailers**

| NO. | VIN NO. | Description |
|---|---|---|
| 1 | 527SR5321RM035718 | VRTI Reefer Trailer |
| 2 | 527SR5321RM035721 | VRTI Reefer Trailer |
| 3 | 527SR5323RM035719 | VRTI Reefer Trailer |
| 4 | 527SR5323RM035722 | VRTI Reefer Trailer |
| 5 | 527SR5324RM035714 | VRTI Reefer Trailer |
| 6 | 527SR5325RM035723 | VRTI Reefer Trailer |
| 7 | 527SR5326RM035715 | VRTI Reefer Trailer |
| 8 | 527SR5328RM035716 | VRTI Reefer Trailer |
| 9 | 527SR532XRM035717 | VRTI Reefer Trailer |
| 10 | 527SR532XRM035720 | VRTI Reefer Trailer |
| 11 | 527SR5320RL036008 | VRTI Reefer Trailer |
| 12 | 527SR5320RL036011 | VRTI Reefer Trailer |
| 13 | 527SR5321RL036017 | VRTI Reefer Trailer |
| 14 | 527SR5321RL036020 | VRTI Reefer Trailer |
| 15 | 527SR5321RL036034 | VRTI Reefer Trailer |
| 16 | 527SR5322RL036009 | VRTI Reefer Trailer |
| 17 | 527SR5322RL036012 | VRTI Reefer Trailer |
| 18 | 527SR5322RL036026 | VRTI Reefer Trailer |
| 19 | 527SR5323RL035984 | VRTI Reefer Trailer |
| 20 | 527SR5323RL036004 | VRTI Reefer Trailer |
| 21 | 527SR5323RL036018 | VRTI Reefer Trailer |
| 22 | 527SR5323RL036021 | VRTI Reefer Trailer |
| 23 | 527SR5323RL036035 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 24 | 527SR5324RL036013 | VRTI Reefer Trailer |
| 25 | 527SR5324RL036027 | VRTI Reefer Trailer |
| 26 | 527SR5324RL036030 | VRTI Reefer Trailer |
| 27 | 527SR5325RL036019 | VRTI Reefer Trailer |
| 28 | 527SR5325RL036022 | VRTI Reefer Trailer |
| 29 | 527SR5326RL035994 | VRTI Reefer Trailer |
| 30 | 527SR5326RL036000 | VRTI Reefer Trailer |
| 31 | 527SR5326RL036014 | VRTI Reefer Trailer |
| 32 | 527SR5326RL036028 | VRTI Reefer Trailer |
| 33 | 527SR5326RL036031 | VRTI Reefer Trailer |
| 34 | 527SR5327RL035986 | VRTI Reefer Trailer |
| 35 | 527SR5327RL036023 | VRTI Reefer Trailer |
| 36 | 527SR5328RL036001 | VRTI Reefer Trailer |
| 37 | 527SR5328RL036015 | VRTI Reefer Trailer |
| 38 | 527SR5328RL036029 | VRTI Reefer Trailer |
| 39 | 527SR5328RL036032 | VRTI Reefer Trailer |
| 40 | 527SR5329RL035987 | VRTI Reefer Trailer |
| 41 | 527SR5329RL036007 | VRTI Reefer Trailer |
| 42 | 527SR5329RL036010 | VRTI Reefer Trailer |
| 43 | 527SR5329RL036024 | VRTI Reefer Trailer |
| 44 | 527SR532XRL036016 | VRTI Reefer Trailer |
| 45 | 527SR532XRL036033 | VRTI Reefer Trailer |
| 46 | 527SR5320RL036039 | VRTI Reefer Trailer |
| 47 | 527SR5320RL036042 | VRTI Reefer Trailer |
| 48 | 527SR5321RL036051 | VRTI Reefer Trailer |
| 49 | 527SR5322RL036043 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 50 | 527SR5323RL036052 | VRTI Reefer Trailer |
| 51 | 527SR5323RL036066 | VRTI Reefer Trailer |
| 52 | 527SR5325RL036036 | VRTI Reefer Trailer |
| 53 | 527SR5325RL036053 | VRTI Reefer Trailer |
| 54 | 527SR5325RL036067 | VRTI Reefer Trailer |
| 55 | 527SR5325RL036070 | VRTI Reefer Trailer |
| 56 | 527SR5327RL036037 | VRTI Reefer Trailer |
| 57 | 527SR5327RL036040 | VRTI Reefer Trailer |
| 58 | 527SR5327RL036054 | VRTI Reefer Trailer |
| 59 | 527SR5327RL036068 | VRTI Reefer Trailer |
| 60 | 527SR5327RL036071 | VRTI Reefer Trailer |
| 61 | 527SR5328RL036063 | VRTI Reefer Trailer |
| 62 | 527SR5329RL036038 | VRTI Reefer Trailer |
| 63 | 527SR5329RL036041 | VRTI Reefer Trailer |
| 64 | 527SR5329RL036069 | VRTI Reefer Trailer |
| 65 | 527SR532XRL036050 | VRTI Reefer Trailer |
| 66 | 527SR5320RL036087 | VRTI Reefer Trailer |
| 67 | 527SR5320RL036090 | VRTI Reefer Trailer |
| 68 | 527SR5320RL036106 | VRTI Reefer Trailer |
| 69 | 527SR5321RL036096 | VRTI Reefer Trailer |
| 70 | 527SR5321RL036101 | VRTI Reefer Trailer |
| 71 | 527SR5322RL036088 | VRTI Reefer Trailer |
| 72 | 527SR5322RL036091 | VRTI Reefer Trailer |
| 73 | 527SR5322RL036107 | VRTI Reefer Trailer |
| 74 | 527SR5323RL036097 | VRTI Reefer Trailer |
| 75 | 527SR5323RL036102 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 76 | 527SR5324RL036089 | VRTI Reefer Trailer |
| 77 | 527SR5324RL036092 | VRTI Reefer Trailer |
| 78 | 527SR5325RL036084 | VRTI Reefer Trailer |
| 79 | 527SR5325RL036098 | VRTI Reefer Trailer |
| 80 | 527SR5325RL036103 | VRTI Reefer Trailer |
| 81 | 527SR5326RL036093 | VRTI Reefer Trailer |
| 82 | 527SR5327RL036085 | VRTI Reefer Trailer |
| 83 | 527SR5327RL036099 | VRTI Reefer Trailer |
| 84 | 527SR5327RL036104 | VRTI Reefer Trailer |
| 85 | 527SR5328RL036094 | VRTI Reefer Trailer |
| 86 | 527SR5329RL036086 | VRTI Reefer Trailer |
| 87 | 527SR5329RL036105 | VRTI Reefer Trailer |
| 88 | 527SR532XRL036095 | VRTI Reefer Trailer |
| 89 | 527SR5321RL036115 | VRTI Reefer Trailer |
| 90 | 527SR5322RL036110 | VRTI Reefer Trailer |
| 91 | 527SR5324RL036108 | VRTI Reefer Trailer |
| 92 | 527SR5324RL036111 | VRTI Reefer Trailer |
| 93 | 527SR5326RL036109 | VRTI Reefer Trailer |
| 94 | 527SR5326RL036112 | VRTI Reefer Trailer |
| 95 | 527SR5328RL036113 | VRTI Reefer Trailer |
| 96 | 527SR532XRL036114 | VRTI Reefer Trailer |
| 97 | 527SR5328RL035981 | VRTI Reefer Trailer |
| 98 | 527SR5326PM029071* | VRTI Reefer Trailer |
| 99 | 527SR5324PL029821* | VRTI Reefer Trailer |
| 100 | 527SR5321RL035868* | VRTI Reefer Trailer |
| 101 | 527SR5329RL035844* | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 102 | 527SR5327RL035793* | VRTI Reefer Trailer |
| 103 | 527SR532XRL035903 | VRTI Reefer Trailer |
| 104 | 527SR5321RL035904 | VRTI Reefer Trailer |
| 105 | 527SR5323RL035905 | VRTI Reefer Trailer |
| 106 | 527SR5325RL035906 | VRTI Reefer Trailer |
| 107 | 527SR5327RL035907 | VRTI Reefer Trailer |
| 108 | 527SR5329RL035908 | VRTI Reefer Trailer |
| 109 | 527SR5320RL035909 | VRTI Reefer Trailer |
| 110 | 527SR5327RL035910 | VRTI Reefer Trailer |
| 111 | 527SR5329RL035911 | VRTI Reefer Trailer |
| 112 | 527SR5320RL035912 | VRTI Reefer Trailer |
| 113 | 527SR5322RL035913 | VRTI Reefer Trailer |
| 114 | 527SR5324RL035914 | VRTI Reefer Trailer |
| 115 | 527SR5326RL035915 | VRTI Reefer Trailer |
| 116 | 527SR5328RL035916 | VRTI Reefer Trailer |
| 117 | 527SR532XRL035917 | VRTI Reefer Trailer |
| 118 | 527SR5321RL035918 | VRTI Reefer Trailer |
| 119 | 527SR5323RL035919 | VRTI Reefer Trailer |
| 120 | 527SR532XRL035920 | VRTI Reefer Trailer |
| 121 | 527SR5321RL035921 | VRTI Reefer Trailer |
| 122 | 527SR5323RL035922 | VRTI Reefer Trailer |
| 123 | 527SR5325RL035923 | VRTI Reefer Trailer |
| 124 | 527SR5329RL035925 | VRTI Reefer Trailer |
| 125 | 527SR5320RL035926 | VRTI Reefer Trailer |
| 126 | 527SR5322RL035927 | VRTI Reefer Trailer |
| 127 | 527SR5324RL035928 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 128 | 527SR5326RL035929 | VRTI Reefer Trailer |
| 129 | 527SR5327RL035938 | VRTI Reefer Trailer |
| 130 | 527SR5327RL035941 | VRTI Reefer Trailer |
| 131 | 527SR5327RL035955 | VRTI Reefer Trailer |
| 132 | 527SR5327RL035972 | VRTI Reefer Trailer |
| 133 | 527SR5328RL035933 | VRTI Reefer Trailer |
| 134 | 527SR5328RL035947 | VRTI Reefer Trailer |
| 135 | 527SR5328RL035950 | VRTI Reefer Trailer |
| 136 | 527SR5329RL035939 | VRTI Reefer Trailer |
| 137 | 527SR5329RL035942 | VRTI Reefer Trailer |
| 138 | 527SR5329RL035973 | VRTI Reefer Trailer |
| 139 | 527SR5322RL035930 | VRTI Reefer Trailer |
| 140 | 527SR5324RL035931 | VRTI Reefer Trailer |
| 141 | 527SR532XRL035934 | VRTI Reefer Trailer |
| 142 | 527SR5321RL035935 | VRTI Reefer Trailer |
| 143 | 527SR5323RL035936 | VRTI Reefer Trailer |
| 144 | 527SR5325RL035937 | VRTI Reefer Trailer |
| 145 | 527SR5325RL035940 | VRTI Reefer Trailer |
| 146 | 527SR5322RL035944 | VRTI Reefer Trailer |
| 147 | 527SR5324RL035945 | VRTI Reefer Trailer |
| 148 | 527SR5326RL035946 | VRTI Reefer Trailer |
| 149 | 527SR532XRL035948 | VRTI Reefer Trailer |
| 150 | 527SR5321RL035949 | VRTI Reefer Trailer |
| 151 | 527SR532XRL035951 | VRTI Reefer Trailer |
| 152 | 527SR5321RL035952 | VRTI Reefer Trailer |
| 153 | 527SR5323RL035953 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 154 | 527SR5325RL035954 | VRTI Reefer Trailer |
| 155 | 527SR5320RL035974 | VRTI Reefer Trailer |
| 156 | 527SR5322RL035975 | VRTI Reefer Trailer |
| 157 | 527SR5320RL035943 | VRTI Reefer Trailer |
| 158 | 527SR5324RL035976 | VRTI Reefer Trailer |
| 159 | 527SR5326RL035977 | VRTI Reefer Trailer |
| 160 | 527SR532XRL035982 | VRTI Reefer Trailer |
| 161 | 527SR5325RL035985 | VRTI Reefer Trailer |
| 162 | 527SR5320RL035988 | VRTI Reefer Trailer |
| 163 | 527SR5322RL035989 | VRTI Reefer Trailer |
| 164 | 527SR5329RL035990 | VRTI Reefer Trailer |
| 165 | 527SR5321RM035718 | VRTI Reefer Trailer |

*Original MCO for the trailer was sent to KAL Trailers.