**EXHIBIT C**
**The Unpaid VRTI Trailers Resold to King Country**

| NO. | VIN NO. | Description |
|---|---|---|
| 1 | 527SR5326PM029071 | VRTI Reefer Trailer |
| 2 | 527SR5324PL029821 | VRTI Reefer Trailer |
| 3 | 527SR5321RL035868 | VRTI Reefer Trailer |
| 4 | 527SR5329RL035844 | VRTI Reefer Trailer |
| 5 | 527SR5327RL035793 | VRTI Reefer Trailer |
| 6 | 527SR532XRL035903 | VRTI Reefer Trailer |
| 7 | 527SR5321RL035904 | VRTI Reefer Trailer |
| 8 | 527SR5323RL035905 | VRTI Reefer Trailer |
| 9 | 527SR5325RL035906 | VRTI Reefer Trailer |
| 10 | 527SR5327RL035907 | VRTI Reefer Trailer |
| 11 | 527SR5329RL035908 | VRTI Reefer Trailer |
| 12 | 527SR5320RL035909 | VRTI Reefer Trailer |
| 13 | 527SR5327RL035910 | VRTI Reefer Trailer |
| 14 | 527SR5329RL035911 | VRTI Reefer Trailer |
| 15 | 527SR5320RL035912 | VRTI Reefer Trailer |
| 16 | 527SR5322RL035913 | VRTI Reefer Trailer |
| 17 | 527SR5324RL035914 | VRTI Reefer Trailer |
| 18 | 527SR5326RL035915 | VRTI Reefer Trailer |
| 19 | 527SR5328RL035916 | VRTI Reefer Trailer |
| 20 | 527SR532XRL035917 | VRTI Reefer Trailer |
| 21 | 527SR5321RL035918 | VRTI Reefer Trailer |
| 22 | 527SR5323RL035919 | VRTI Reefer Trailer |
| 23 | 527SR532XRL035920 | VRTI Reefer Trailer |
| 24 | 527SR5321RL035921 | VRTI Reefer Trailer |
| 25 | 527SR5323RL035922 | VRTI Reefer Trailer |
| 26 | 527SR5325RL035923 | VRTI Reefer Trailer |
| 27 | 527SR5329RL035925 | VRTI Reefer Trailer |
| 28 | 527SR5320RL035926 | VRTI Reefer Trailer |
| 29 | 527SR5322RL035927 | VRTI Reefer Trailer |
| 30 | 527SR5324RL035928 | VRTI Reefer Trailer |
| 31 | 527SR5326RL035929 | VRTI Reefer Trailer |
| 32 | 527SR5327RL035938 | VRTI Reefer Trailer |
| 33 | 527SR5327RL035941 | VRTI Reefer Trailer |
| 34 | 527SR5327RL035955 | VRTI Reefer Trailer |

| | | |
|---|---|---|
| 35 | 527SR5327RL035972 | VRTI Reefer Trailer |
| 36 | 527SR5328RL035933 | VRTI Reefer Trailer |
| 37 | 527SR5328RL035947 | VRTI Reefer Trailer |
| 38 | 527SR5328RL035950 | VRTI Reefer Trailer |
| 39 | 527SR5329RL035939 | VRTI Reefer Trailer |
| 40 | 527SR5329RL035942 | VRTI Reefer Trailer |
| 41 | 527SR5329RL035973 | VRTI Reefer Trailer |
| 42 | 527SR5322RL035930 | VRTI Reefer Trailer |
| 43 | 527SR5324RL035931 | VRTI Reefer Trailer |
| 44 | 527SR532XRL035934 | VRTI Reefer Trailer |
| 45 | 527SR5321RL035935 | VRTI Reefer Trailer |
| 46 | 527SR5323RL035936 | VRTI Reefer Trailer |
| 47 | 527SR5325RL035937 | VRTI Reefer Trailer |
| 48 | 527SR5325RL035940 | VRTI Reefer Trailer |
| 49 | 527SR5322RL035944 | VRTI Reefer Trailer |
| 50 | 527SR5324RL035945 | VRTI Reefer Trailer |
| 51 | 527SR5326RL035946 | VRTI Reefer Trailer |
| 52 | 527SR532XRL035948 | VRTI Reefer Trailer |
| 53 | 527SR5321RL035949 | VRTI Reefer Trailer |
| 54 | 527SR532XRL035951 | VRTI Reefer Trailer |
| 55 | 527SR5321RL035952 | VRTI Reefer Trailer |
| 56 | 527SR5323RL035953 | VRTI Reefer Trailer |
| 57 | 527SR5325RL035954 | VRTI Reefer Trailer |
| 58 | 527SR5320RL035974 | VRTI Reefer Trailer |
| 59 | 527SR5322RL035975 | VRTI Reefer Trailer |
| 60 | 527SR5320RL035943 | VRTI Reefer Trailer |
| 61 | 527SR5324RL035976 | VRTI Reefer Trailer |
| 62 | 527SR5326RL035977 | VRTI Reefer Trailer |
| 63 | 527SR532XRL035982 | VRTI Reefer Trailer |
| 64 | 527SR5325RL035985 | VRTI Reefer Trailer |
| 65 | 527SR5320RL035988 | VRTI Reefer Trailer |
| 66 | 527SR5322RL035989 | VRTI Reefer Trailer |
| 67 | 527SR5329RL035990 | VRTI Reefer Trailer |