UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03785-FMO-KS Date: September 8, 2026

Title *Daimler Truck Fin. Servs. USA LLC v. Vanguard Nat'l Trailer Corp. et al.*

Present: The Honorable: Karen L. Stevenson, Chief U.S. Magistrate Judge

| Kerri Hays | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: N/A Attorneys Present for Defendants: N/A

**Proceedings: (IN CHAMBERS) ORDER DENYING PROPOSED STIPULATED PROTECTIVE ORDERS WITHOUT PREJUDICE [DKT. NOS. 38, 39]**

On September 4, 2026, counsel for Plaintiff Daimler Truck Financial Services USA LLC submitted two proposed Stipulated Protective Orders ("SPOs") concerning discovery in this proceeding. (Dkt. Nos. 38, 39.) The first SPO appears largely based on this Court's form SPO and appears sufficient in all respects *except* that it was improperly presented to the presiding District Judge instead of the Chief Magistrate Judge, who was assigned to hear all discovery-related matters. (Dkt. Nos. 6, 38.)

The second SPO, which appears specific to discovery surrounding electronically stored information, contains defects such as no statement of good cause, see Fed. R. Civ. P. 26(c)(1) (a court may issue a protective order "for good cause"); *see also Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) ("The relevant standard for purposes of Rule 26(c) is whether good cause exists to protect the information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality.") (citation, internal quotation marks, and brackets omitted), as well as no express language limiting the SPO's scope to discovery, no express provision for discretionary enforcement by the Court, and no signature line for the Court.

Therefore, both SPOs, as submitted, are **DENIED** without prejudice. The parties are directed, **on or before September 15, 2026**, to file amended SPOs in accordance with this Order, and that otherwise fully comply with this Court's procedures, the Federal Rules of Civil Procedure, and the Central District's Local Rules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03785-FMO-KS Date: September 8, 2026

Title *Daimler Truck Fin. Servs. USA LLC v. Vanguard Nat'l Trailer Corp. et al.*

The parties are strongly encouraged to consider and utilize Judge Stevenson's form SPO, which is available under the "Orders and Additional Documents" tab on Judge Stevenson's procedures page. *See* https://apps.cacd.uscourts.gov/Jps/honorable-karen-l-stevenson.

**IT IS SO ORDERED.**

:

**Initials of Preparer** klh